**William R. Bennett, III (WB 1368)**
**Bennett, Giuliano, McDonnell & Perrone, LLP**
**494 Eighth Avenue, 7th Floor**
**New York, New York 10001**
**Telephone:    (646) 328-0120**
**Attorneys for PICCININNI, INC.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X          Docket No.:  08 Civ. 5521

In the matter of the complaint of Piccininni, Inc.
as owner of a certain 1979 41' fishing vessel
known as the DAYBREAK III                                             **FED. R. CIV. P. 7.1**
for exoneration from or limitation of liability.                      **CERTIFICATION**

-----------------------------------------------------------X

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure of the United States District

Courts, the undersigned counsel for plaintiff Piccininni, Inc. (a private non-governmental party)

certifies that there is no corporate parent and no publicly held corporation owns more than ten

percent of the stock.

Dated: New York, New York
      June 18, 2008

                            Bennett, Giuliano, McDonnell & Perrone, LLP
                            Attorneys for Plaintiff
                            PICCININNI INC.

                            _____

                            William R. Bennett, III
                            494 Eighth Avenue, 7th Floor
                            New York, New York 10001
                            Telephone:    (646) 328-0120