William R. Bennett, III (WB 1368)
Bennett, Giuliano, McDonnell & Perrone, LLP
494 Eighth Avenue, 7th Floor
New York, New York 10001
Telephone:   (646) 328-0120
Attorneys for PICCININNI, INC.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/h
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In the matter of the complaint of Piccininni, Inc.
as owner of a certain 1979 41' fishing vessel
known as the DAYBREAK III
for exoneration from or limitation of liability.

------------------------------------------------------------X

Docket No.: 08 Civ. 5521 (a4)

**DECLARATION OF
PENDING FREIGHT**

I, Peter Piccininni, declare under the penalty of perjury, that the following is true and correct:

1. I am the President of Piccininni, Inc.

2. Piccininni, Inc. seeks limitation in the above captioned action.

3. On August 16, 2006 Piccininni, Inc. was, and still is, the owner of the 1979 41' vessel known as the DAYBREAK III.

4. At the conclusion, and as a result of, the voyage of the 1979 41' vessel known as the DAYBREAK III which ended on August 18, 2006, the value of the freight then pending was zero (0) dollars.

Peter Piccininni
Piccininni Inc.

Z:\Documents\All Files\D829 Piccininni\Pleadings\AffdPendFreight-060208.doc