**William R. Bennett, III (WB 1368)**
**Bennett, Giuliano, McDonnell & Perrone, LLP**
**494 Eighth Avenue, 7th Floor**
**New York, New York 10001**
**Telephone:   (646) 328-0120**
**Attorneys for PICCININNI, INC.**

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY  FILED                │
│ DOC #: _____              │
│ DATE FILED: ___6/19/2____            │
└─────────────────────────────────────┘
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

In the matter of the complaint of Piccininni, Inc.
as owner of a certain 1979 41' fishing vessel
known as the DAYBREAK III
for exoneration from or limitation of liability.

------------------------------------------------------------X

Docket No.: 08 Civ. 5521 (SHS)

**DECLARATION OF VALUE**

        I, Claudio Crivici, under the penalty of perjury, state that the following is true and correct:

        1.        I am President of Castlerock Risk Services, having an office and place of business at 85 Broadway, Amityville, New York 11701, and am a NAMS certified marine surveyor and appraiser. I routinely provide opinion regarding the condition and valuation of water craft, including fishing vessels such as the one at issue herein.

        2.        I am familiar with fishing/charter vessels, their valuation, and sales.

        3.        In making this declaration of valuation I affirm that I reviewed the particulars of the vessel DAYBREAK III, official number 609624. The vessel is a 41', 1979 built fiberglass boat used as a head boat in the fishing industry.

        4.        In my opinion, the fair and reasonable fair market value of the vessel DAYBREAK III on August 18, 2006 did not exceed $75,000. I base my valuation upon the facts presently available and upon my experience as a marine consultant, marine surveyor and appraiser.



Claudio Crivici, NAMS, CMS
Marine Surveyor
President