**FRIEDMAN, JAMES & BUCHSBAUM LLP**
Andrew V. Buchsbaum, Esq. (AB-6475) (abuchsbaum@friedmanjames.com)
John P. James, Esq. (JJ-8110) (jjames@friedmanjames.com)
Attorneys for Daniel Polanco
132 Nassau Street, Suite 900
New York, NY   10038
t: (212) 233-9385
f: (212) 619-2340

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In the matter of the complaint of Piccininni, Inc.        08 Civ. 5521 (SHS) (RLE)
as owner of a certain 1979 41' fishing vessel          :
known as the DAYBREAK III for exoneration         **NOTICE OF APPEAERANCE**
from or limitation of liability.                                :
-------------------------------------------------------------x

**PLEASE TAKE NOTICE:**

   The undersigned, members of the bar of this Honorable Court, shall be appearing as counsel for interested party DANIEL POLANCO for all purposes in this matter and hereby request that copies of all future filings or other information related to this action be provided to the undersigned at the below address.

Dated:     New York, New York
                July 9, 2008

                                                                    /s/ Andrew V. Buchsbaum
                                                                    Andrew V. Buchsbaum (AB-6475)
                                                                    John P. James (JJ-8110)
                                                                    Friedman, James & Buchsbaum LLP
                                                                    counsel for interested-party Daniel Polanco
                                                                    132 Nassau Street, Suite 900
                                                                    New York, NY   10038
                                                                    telephone: (212) 233-9385
                                                                    telecopier: (212) 619-2340

TO:     **via ECF**
        William R. Bennett, III
        Bennett, Giuliano, McDonnell & Perrone, LLP
        Attorneys for Petitioner in Limitation
        494 Eighth Avenue, 7th Floor
        New York, NY   10001
        (646) 328-0120


        Court via ECF