```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| PICCININNI, INC., | : | 08 Civ. 5521 (SHS) |
| Plaintiff, | : | |
| -against- | : | ORDER |
| DAYBREAK III, | : | |
| Defendant. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      A pretrial conference having been held today, with counsel for all parties present,

      IT IS HEREBY ORDERED that the next pretrial conference will be held on July 24, 2008, at 10:00 a.m.

Dated: New York, New York
       July 10, 2008

                                      SO ORDERED:

                                      _____
                                      Sidney H. Stein, U.S.D.J.